Laverne Wall, Administrator of Estate of Donald L. Wall, Deceased, Appellant, v. Charles E. Greene and Jeanette Greene, Appellees.

Gen. No. 9,891.

Heard in this court at the October term, 1943; opinion filed December 28, 1943. W. S. Kay and Samuel Levin, for appellant; Gower, Gray & Gower and Wallace J. Bell, for appellees. Opinion by JUSTICE DOVE. Not to be published in full.

Roy F. Ogilby, Administrator of Estate of Frederick Ogilby, Deceased, Appellee, v. George Schmauss, Jr., Appellant.

Gen. No. 9,897.

DOVE, J., dissents.

Heard in this court at the October term, 1943; opinion filed December 28, 1943. Burrell & Burrell and Frank P. North, for appellant; David M. Burrell, of counsel; Miller, Thomas & Hickey, for appellee; L. C. Miller and F. E. Hickey, of counsel. Opinion by JUSTICE HUFFMAN. Not to be published in full.